Dominica J. Minore, #019671
**THE LAW OFFICES OF**
**DOMINICA J. MINORE, P.C.**
9375 E. Shea Blvd., Suite 100
Scottsdale, AZ 85260
Tel:    (480) 214-9727
Fax:    (480) 304-4853
Email: DMinore@MinoreLaw.com

*Attorneys for Defendant National Security Exchange, LLC*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY EXCHANGE, LLC, a Delaware corporation; ENSURETY ADMINISTRATIVE SERVICES, INC., a Delaware corporation,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendant National Security Exchange, LLC ("National"), through counsel undersigned, hereby submits this Notice of Removal pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. § 1331. Defendants provide as grounds for removal the following:

1.      On February 21, 2017, Defendants were personally served by U.S. certified mail return receipt requested with a Summons, Certificate on Arbitration and Complaint in a civil action styled as *Charles A. Gulden v. National Security Exchange, LLC and Ensurety Administrative Services, Inc. See* attached at Exhibit "1(A)." The instant case is

-1-

pending in the Arizona Superior Court in Yuma County, a state court within the District of Arizona, as Case No. S1400-CV2017-00111 (the "State Court Action").

2. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of the aforementioned service.

3. The Summons, Certificate of Arbitration and Complaint constitute all of the pleadings and process received by National in the State Court Action to date and filed in the Yuma County Superior Court. *See* Verification of Dominica J. Minore, Esq. dated March 23, 2017 ("Minore Verification"), attached as Exhibit "1."

4. National has not yet pled or otherwise answered the Complaint.

5. The Complaint purports to be an action brought by Plaintiff who alleges, among other things, that National committed certain breaches of the Federal Telephone Consumers Protection Act ("TCPA") under 47 U.S.C. § 227 and the Federal Communications Commission ("FCC") TCPA implementing regulation under 47 C.F.R. § 1200. The claims asserted in the Complaint allege that National initiated telephone calls to Plaintiff without his prior express consent in violation of the foregoing federal laws and regulations.

6. The prayer for relief in the Complaint requests entry of judgment against National for damages allegedly authorized by the foregoing federal laws and regulations in the total amount of $61,500.00, as well as post judgment interest and his costs and expenses.

7. Plaintiff's action is removable pursuant to 28 U.S.C. § 1331 because Plaintiff's claims and damages arise solely out of federal law and thus pose a federal question.

8. This Notice is timely because National has filed this Notice within thirty (30) days of its receipt of the initial pleading setting forth the claims for relief upon which Plaintiff's action is based in accordance with 28 U.S.C. §1446(b).

1  9. A Notice of Filing of Notice of Removal is being filed promptly with the Yuma County Superior Court in the State Court Action as required by 28 U.S.C. §1441(d).

10. All pleadings and other documents filed in the State Court Action, which are further identified in the electronic docket for the State Court Action, are attached at Exhibit 1(A).  *See* Minore Verification at Exhibit 1.

WHEREFORE, Defendant National Security Exchange, LLC respectfully requests that this action be removed from Yuma County Superior Court to the United States District Court for the District of Arizona, and that further proceedings in Yuma County Superior Court be stayed.

DATED this 23rd day of March, 2017.

> By: s/Dominica J. Minore
> Dominica J. Minore
> **The LAW OFFICES OF DOMINICA J. MINORE, P.C.**
> 9375 E. Shea Blvd., Suite 100
> Scottsdale, AZ 85260
> Tel:  (480) 214-9727
> Fax:  (480) 304-4853
> Email:  DMinore@Minorelaw.com
>
> *Attorneys for National Security Exchange, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2017, I electronically transmitted the foregoing Notice of Removal via the CM/ECF System to the Clerk's office for filing and transmittal of a Notice of Electronic Filing to the Judge to be assigned and the CM/ECF registrants, and also sent it via U.S. First Class Mail to:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
*Plaintiff*

Yuma County Superior Court Clerk
Clerk of the Superior Court
250 West 2nd Street
Suite B
Yuma, Arizona 85364


By: /s/Dominica J. Minore

-3-