# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A Gulden,<br><br>            Plaintiff,<br><br>v.<br><br>National Security Exchange LLC, et al.,<br><br>            Defendants. | NO. CV-17-00875-PHX-DJH<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant National Security Exchange LLC.

DEFAULT ENTERED this 10th day of January, 2019.

Brian D. Karth
District Court Executive/Clerk of Court

January 10, 2019

By   s/ Michelle Sanders
     Deputy Clerk
